**Fill in this information to identify the case:**

Debtor name: La Notte Ventures, Inc.

United States Bankruptcy Court for the: Northern District of Illinois

Case number (If known): 24-15860

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | LoanBuilder<br>Attn: Customer Service<br>2211 North First Street<br>San Jose, CA, 95131 | customerservice@loanbuilder.com | Monies Loaned / Advanced | | | | 128,009.00 |
| 2 | Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA, 19101-7346 | Fax No. 215-516-2015 | Taxes & Other Government Units | | | | 82,000.00 |
| 3 | JPMorgan Chase Bank, N.A. / Chase Visa Ink<br>Mail Code LA4-7100<br>700 Kansas Lane<br>Monroe, LA, 71203 | Fax No. 866-859-8592 | Credit Card Debt | | | | 21,296.97 |
| 4 | Citibank<br>Citicorp Cr Srvs/Centralized Bankruptcy<br>P.O. Box 790040<br>Saint Louis, MO, 63179 | corporatecustomercare@citi.com | Credit Card Debt | | | | 8,840.04 |
| 5 | PayPal, Inc.<br>Attn: Legal Department<br>2211 North First St.<br>San Jose, CA, 95131 | paypalcredit@paypal.com | Credit Card Debt | | | | 7,016.23 |
| 6 | Capital One Bank USA, N.A. / Spark<br>Attn: Bankruptcy Dept.<br>1680 Capital One Dr<br>McLean, VA, 22102 | bankestateoperations@capitalone.com | Credit Card Debt | | | | Unknown |
| 7 | Illinois Department of Revenue<br>Bankruptcy Unit<br>P.O. Box 19035<br>Springfield, IL, 62794-9035 | Jennifer Ehlers<br>Fax No. (217) 785-2635 | Taxes & Other Government Units | Disputed Unliquidated Contingent | | | Unknown |
| 8 | | | | | | | |

Debtor   La Notte Ventures, Inc.
         Name

Case number (*if known*) 24-15860

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |